UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>    Plaintiff,<br><br>v.<br><br>BILL BOUZAS<br><br>    Defendant. | **ORDER**<br><br>Crim. No. 2:10-462 (WHW) |

**Walls, Senior District Judge**

Defendant, Bill Bouzas, has submitted a letter to the Court asking for permission to travel to Greece to visit his ailing mother from the dates of August 1, 2012 through September 15, 2012.

After considering submissions filed by the defendant, there being no objection from United States Probation Officer Kevin Villa, and Assistant United States Attorney Judith Germano deferring to the Court,

It is, on this 16th day of July, 2012:

ORDERED that defendant's request for travel from the dates of August 1, 2012 through September 15, 2012 is GRANTED.

United States Senior District Judge